## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

GIOR G.P., INC., THE GENERAL PARTNER OF AND TRADING AS GIOR, LP, PIERS 36-39 NORTH MANAGEMENT REEF, INC., THE GENERAL PARTNER OF AND TRADING AS ISLE OF CAPRI ASSOCIATES REEF, LP,

Petitioners

v.

WATERFRONT SQUARE REEF, LLC, WATERFRONT SQUARE CONDOMINIUM ASSOCIATION, GH PROPERTY MANAGEMENT, LLC

v.

ISLE CAPRI ASSOCIATIONS, LP

: No. 165 EAL 2019
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.